UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-mj-03031

UNITED STATES OF AMERICA

v.

HISHAM UMAR ASSING
_____

**NOTICE OF PERMANENT APPEARANCE**

Khurrum Wahid files this appearance as counsel for the above-named defendant HISHAM ASSING. Counsel agrees to represent the defendant for:

TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

Dated: July 27, 2017.

                                            Attorney: Khurrum Wahid
                                            Florida Bar Number: 178764
                                            Street Address: 2103 Coral Way, Suite 304
                                            City/State/Zip Code: Miami, FL, 33145
                                            Email: khurrum@wvmlawfirm.com
                                            Telephone: (305)444-4303